IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAYLOR WILLIS**                                                                                      **PLAINTIFF**

**v.**                          **CASE NO. 4:21-CV-00239-BSM**

**CONWAY REGIONAL**
**MEDICAL CENTER, INC.**                                                   **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 10] and notice of settlement [Doc. No. 11] this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of July, 2022.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE