## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TAYLOR WILLIS**                                                              **PLAINTIFF**

**v.**                              **CASE NO. 4:21-CV-00239-BSM**

**CONWAY REGIONAL**
**MEDICAL CENTER, INC.**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE